■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLAUDE MULLGRAV, Respondent, and FREDERICK A. O. SCHWARZ, JR., as Corporation Counsel of the City of New York, Appellant. — In a proceeding to quash a subpoena, the appeal is from an order of the Supreme Court, Queens County (Lakritz, J.), dated January 24, 1985, which directed appellant to deliver to respondent Mullgrav certain documents.

Appeal dismissed, without costs or disbursements.

Respondent Mullgrav's trial having been completed, the instant appeal is now academic. Mollen, P. J., Titone, Lazer and Thompson, JJ., concur.